1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD GOSZTYLA,                            No.  2:22-cv-1725 KJN P

12                    Plaintiff,

13          v.                                     ORDER

14    E. GRUENWALD,

15                    Defendant.

16

17          Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C.

18    § 1983.  On June 30, 2023, plaintiff filed a request for preliminary injunction and temporary

19    restraining order.  Plaintiff alleges that defendant Gruenwald is denying plaintiff's access to the

20    law library which interferes with plaintiff's access to the courts, including litigating his active

21    criminal appeal of a life sentence, civil actions against Mule Creek State Prison staff, responding

22    to pending discovery requests, making photocopies, and filing documents.  Counsel for defendant

23    shall file a response to plaintiff's motion within fourteen days from the date of this order.

24          Accordingly, IT IS HEREBY ORDERED that within fourteen days, counsel for defendant

25    shall file a response to plaintiff's motion (ECF No. 17).

26    Dated:  July 6, 2023

27                                                 _____

28                                                 KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE