UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>  Plaintiff,<br><br>  v.<br><br>E. GRUENWALD,<br><br>  Defendant. | No. 2:22-cv-1725 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On October 12, 2023, a settlement conference was held. The case did not settle. Thus, the ADR stay of this action is lifted. Defendant is directed to file a responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The ADR stay of this action (ECF No. 15) is lifted; and

2. Within thirty days from the date of this order, defendant shall file a responsive pleading.

Dated:  October 16, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gosz1725.lft

1