UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. GRUENWALD,<br><br>　　　　Defendant. | No.  2:22-cv-01725 KJM CSK P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant's motion for a seven day extension of time to file an opposition to plaintiff's motion to compel.  (ECF Nos. 34, 36.)

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.　Defendant's motion for an extension of time (ECF No. 36) is granted; and

　　　2.　Defendant's opposition to plaintiff's motion to compel is due on or before April 19, 2024.

Dated:  April 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Gos1725.eot 2

1