# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. GRUENWALD,<br><br>　　　　Defendant. | No. 2:22-cv-1725 KJM CSK P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations. Defendant filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that:
2  1. The findings and recommendations (ECF No. 47) are adopted in full.
3  2. Defendant's motion for summary judgment (ECF No. 44) is granted.
4  3. The Clerk of Court is directed to close this case.
5  DATED: March 14, 2025.

_____
UNITED STATES DISTRICT JUDGE